# 151066

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re:                                  CHAPTER 7 CASE NO. 08-15851

ARTHUR W JR. CORBIN      JR            JUDGE PAT E. MORGENSTERN-CLARREN
                        TERESA DENISE CORBIN

     Debtor(s)

## TRANSMITTAL OF UNCLAIMED FUNDS

WALDEMAR J. WOJCIK, Trustee of this Estate, reports the following:

1. Ninety (90) days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to whom such unnegotiated checks were issued, the amount of such check and their last known address are:

AES/DDB (Claim #24)

PO BOX 8183

HARRISBURG PA 17105-9972

Replaces Ck. No. 1026 dated 5/28/10

Amount: $13.89

FILED 2010 OCT -4 PM 12:41 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO CLEVELAND

2. Your Trustee's Check No. 1030 for $13.89 payable to the Clerk of the U.S. Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.

DATE:

                                    WALDEMAR J. WOJCIK, Trustee
                                    526 Superior Avenue, Suite 1030
                                    Cleveland, OH 44114
                                    (216) 241-2628

Per 11 U.S.C. 347(a)